IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-03435 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Young B. Kim** |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION
AS TO DEFENDANT NOS. 36-120**

Plaintiff Nike, Inc. ("Plaintiff" or "Nike"), by its counsel, seeks entry of a Preliminary Injunction as to Defendant Nos. 36-120. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered June 8, 2023. [22]. In support of its Motion, Nike files herewith a Memorandum of Law and a further Declaration of Jake M. Christensen.

Dated this 26th day of June 2023.   Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Nike, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Nike, Inc.*
